**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHAEL C. RATLIFF | ) | **3:07-cv-00219-BES-RAM** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| DIRECTOR SKOLNIK, *et al.* | ) | |
| Defendants. | ) | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#83) ("Recommendation") entered on July 2, 2008, in which the Magistrate Judge recommends that the District Judge enter an order denying Plaintiff's Motion for Summary Judgment (Doc #44) and Defendants' Motion for Summary Judgment (Doc #54). No objection to the Report and Recommendation has been filed.

**I. DISCUSSION**

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1) (2005). Further, under 28 U.S.C. § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation, then this Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made."[1] Id. Nevertheless, the statute does not "require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474 U.S. 140, 149–50 (1985). Instead, under the statute, this Court is not

---

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1) (2005).

1   required to conduct "any review at all . . . of any issue that is not the subject of an objection."

2   Id. at 149.  Similarly, the Ninth Circuit has recognized that a district court is not required to

3   review a magistrate judge's report and recommendation where no objections have been filed.

4   See United States v. Reyna-Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

5   of review employed by the district court when reviewing a report and recommendation to which

6   no objections were made); see also Schmidt v. Johnstone, 263 F.Supp. 2d 1219, 1226 (D.

7   Ariz. 2003) (reading the Ninth Circuit's decision in Reyna-Tapia as adopting the view that

8   district courts are not required to review "any issue that is not the subject of an objection.").

9   Thus, if there is no objection to a magistrate judge's recommendation, then this Court may

10  accept the recommendation without review.  See e.g., Johnstone, 263 F.Supp. 2d at 1226

11  (accepting, without review, a magistrate judge's recommendation to which no objection was

12  filed).

13         In this case, no party has filed an objection to the Magistrate Judge's Report and

14  Recommendation.  Although no objection was filed, this Court has reviewed the Report and

15  Recommendation, and accepts it.  Accordingly,

16         IT  IS  THEREFORE  ORDERED  that  the  Magistrate  Judge's  Report  and

17  Recommendation (#83) entered on July 2, 2008, is adopted and accepted without

18  modification.  Thus, in accordance with the Report and Recommendation,

19         IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (Doc #44) is

20  DENIED.

21         IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc #54)

22  is DENIED.

23         IT IS SO ORDERED.

24         DATED: This 22nd day of July, 2008.

25

26

27

28                                                    _____
                                                       UNITED STATES DISTRICT JUDGE