AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MICHAEL C. RATLIFF,

    Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER: **3:07-CV-00219-BES-RAM**

HOWARD SKOLNIK, et al.,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss for Failure to Prosecute ( Docket #85 ) is GRANTED.


   February 2, 2009                                                          **LANCE S. WILSON**
                                                                                   Clerk


                                                                                /s/ P. McDonald
                                                                                 Deputy Clerk